Honorable Karen L. Strombom

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MWH CONSTRUCTORS, INC., a Delaware Corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HUNNICUTT'S, INC., a Washington Corporation; INSURANCE COMPANY OF THE WEST, a California Corporation,<br><br>　　　　　　Defendants. | NO. C 09-5248 KLS<br><br>STIPULATED MOTION AND ORDER FOR DISMISSAL |
| HUNNICUTT'S, INC., a Washington Corporation;<br><br>　　　　　　Third Party Plaintiff,<br><br>　v.<br><br>FIDELITY AND DEPOSIT COMPANY OF MARYLAND; ZURICH AMERICAN INSURANCE COMPANY; and CITY OF TACOMA,<br><br>　　　　　　Third Party Defendants. | |

COME NOW the parties through their respective counsel of record and stipulate to the dismissal of this case with prejudice and without any award of fees or costs.

STIPULATED MOTION AND ORDER FOR DISMISSAL
CAUSE NO. C 09-5248 KLS
CASE NO. C 09-5248 BHS
PAGE – 1
04563 02701 mi21f922kf.002

**Skellenger Bender, PS**
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

| | |
|---|---|
| s/ Gregory L. Kosanke<br>Gregory L. Kosanke, WSBA #08936<br>Smith Kosanke & Wright PLLC<br>P.O. Box 632<br>Lynden, WA  98264<br>Telephone: 360-354-4482<br>Email:  gkosanke@skwlaw.net<br>Attorneys for Hunnicutt's, Inc.<br><br>Dated:        9/22/10 | s/ Jan D. Sokol<br>Jan D. Sokol, WSBA #30962<br>Stewart Sokol and Gray, LLC<br>2300 SW First Avenue, Suite 200<br>Portland, OR 97201-5047<br>Telephone: 503-221-0699<br>Email:  jdsokol@lawssg.com<br>Attorneys for Insurance Company of the West<br><br>Dated:        9/21/10 |
| s/ Terence J. Scanlan<br>Terence J. Scanlan, WSBA #19498<br>Skellenger Bender, P.S.<br>1301 – 5th Avenue, #3401<br>Seattle, WA  98101-2605<br>Telephone: 206-623-6501<br>Email:  tscanlan@skellengerbender.com<br>Attorneys for MWH Constructors, Inc., Fidelity & Deposit Company of Maryland, and Zurich American Insurance Company<br><br>Dated:        9/21/10 | s/ Jeff H. Capell<br>Jeff H. Capell, WSBA #25207<br>Tacoma City Attorney- Civil Div.<br>747 Market Street, Room 1120<br>Tacoma, WA  98402-3767<br>Telephone: 253-591-5885<br>Email:  jcapell@ci.tacoma.wa.us<br>Attorney for City of Tacoma<br><br>Dated:        9/10/10 |

## **O R D E R**

ORDERED, that the above case is hereby dismissed with prejudice and without award of fees or costs.

DATED this 20th day of October, 2010.

*[signature]*

Karen L. Strombom
United States Magistrate Judge

STIPULATED MOTION AND ORDER FOR DISMISSAL
CAUSE NO. C 09-5248 KLS
CASE NO. C 09-5248 BHS
PAGE – 2
04563 02701 mi21f922kf.002

**Skellenger Bender, PS**
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501